FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

FILED
NOV 13 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

George W Shuffert VI
(Enter above the full name of the plaintiff in this action)

vs.

Cuyahoga Court of Common Pleas; State of Ohio
(Enter above the full name of the defendant(s) in this action

CIVIL CASE NO. 1:19 CV 2649

JUDGE _____

COMPLAINT
JUDGE GAUGHAN
MAG. JUDGE RUIZ

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs ____N/A____

    Defendants ____N/A____

2. Court (if federal court, name the district; if state court, name the county)

    ____N/A____

3. Docket Number ____N/A____

4. Name of judge to whom case was assigned ____N/A____

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II. Place of Present Confinement   Lorain County Jail (on Bureau) Cuyahoga Co. Jail

A. Is there a prisoner grievance procedure in this institution?   YES ☒   NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   YES ☐   NO ☒

C. If your answer is YES,

   1. What steps did you take?   N/A

   2. What was the result?   N/A

D. If your answer is NO, explain why not   Only a "In House System" not for Court Proceedings.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
   YES ☐   NO ☒

F. If your answer is YES,

   1. What steps did you take?   N/A

   2. What was the result?   N/A

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff George William Shuffelt VI
   Address 9896 Murry-Ridge Rd Elyria, Ohio 44035

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Cuyahoga Court of Common Pleas is employed as Cleveland Justice Center at 1200 Ontario Street Cleveland, Ohio 44113.

C. Additional Defendants State of Ohio.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

The Cuyahoga County Court of Commons Pleas, in the State of Ohio has failed to recognize a perfected Security Agreement on File through the Secretary of State Ohio in favor of George William Shuffelt VI SR176730 FS# OH00 2217775604 That states a Fidelity Bond and Indemnity bond schedule, as a U.C.C. 1 with U.C.C. 3-214 Financial Statement

(Statement of Claim Continued)

making Mr. Shuffert a Secured Party, in the effect of $100,000,000. (one hundred million dollars)

## II

Mr. Shuffert is also being charged privately for a company complaint through George Shuffert L.L.C. EIN 82-2478531 by Cuyahoga County Court of Common Pleas, which is illegal. Also George Shuffert L.L.C. is a Federal Contractor Case # F8543; Asset Recovery and Collections. Which was given to him (Mr. Shuffert) through the Federal Service Desk in London, Ky. Feb of 2019.

## III

With all due respect, all of my personal, business and federal rights have been completely abandoned by Cuyahoga County with no regard to Mr. Shuffert being held without bail by A.P.A. of Ohio for malicious breach of contract with U.C.C. State filing, that cannot sanction onto State from U.C.C. amount of a fine of $100,000,000 (one hundred million)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

Immediate Release from all Custody for Safe Harbor by United States Federal Government, Cuyahoga County to Respect U.C.C. 1 & 3 contract. All unalienable rights and Sovereignty of George Williams Shuffsrt VI.

Equity as a Natural Person and all Accounts honoured.

Signed this 6th day of November, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

11-6th-2019
(Date)

(Signature of Plaintiff)

*[Envelope 1 of 2]*

Return address: Cyril, Ohio 44035

Addressed to:
Federal Clerk of Court
801 W Superior Ave
Cleveland, Ohio 44113

(1 of 2)

Legal / Legal

*[Envelope 2 of 2]*

Return address:
Shuffit
9896 Murray Ridge [Rd]
Cyril, Ohio 44035

Addressed to:
Federal Clerk of Court
801 W Superior Ave
Cleveland, Ohio 44113

(2 of 2)

Legal / Legal