# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **George W. Shuffert, VI** | ) | **CASE NO. 1: 19 CV 2649** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | **Judgment Entry** |
| **Cuyahoga Couty Court of** | ) | |
| **Common Pleas,** *et al.***,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order, this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Dated: 2/19/20    Chief Judge